UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------- x

UNITED STATES OF AMERICA

    -v-

JAMAL BIN NOOR MAIDEEN,
  a/k/a "Jamal Mohiadeen bin Noor Maideen,"
  a/k/a "Jamal Mohiadeen Noor Maideen,"
  a/k/a "Raymond,"

        Defendant.

------------------- x

**ORDER**

17 Cr. 15

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/17

Upon the application of the United States, by the Acting United States Attorney for the Southern District of New York, Joon H. Kim, by Assistant United States Attorney Andrew D. Beaty;

It is found that the Indictment in the above-captioned action, 17 Cr. 15, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment, 17 Cr. 15, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
       August 10, 2017

_____
THE HONORABLE RONALD L. ELLIS
UNITED STATES MAGISTRATE JUDGE

"A"