```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA

          v.                             17 CR 15 (ER)

JAMAL BIN NOOR MAIDEEN

               Defendant
------------------------------x
                                         New York, N.Y.
                                         August 25, 2017
                                         10:00 a.m.


Before:

                    HON. EDGARDO RAMOS
                                         District Judge


                        APPEARANCES

JOON H. KIM
     Acting United States Attorney for the
     Southern District of New York
MATTHEW LaROCHE
     Assistant United States Attorney

FEDERAL DEFENDERS OF NEW YORK INC.
     Attorney  for Defendant
SABRINA SHROFF
JULLIAN D. HARRIS


-Also Present-

Vijayabarathi Vasu, Interpreter (Tamil)
```

1            (In open court; case called)
2            THE DEPUTY CLERK:  Counsel, please state your name for
3    the record.
4            MR. LaROCHE:  Good morning, your Honor.  Matthew
5    LaRoche for the government.
6            THE COURT:  Good morning.
7            MS. HARRIS:  Good morning, your Honor. Jullian Harris
8    and Sabrina Shroff, Federal Defenders of New York on behalf of
9    Mr. Maideen.
10           THE COURT:  Good morning to you both.  This matter is
11   on for an initial conference.
12           MS. SHROFF:  Your Honor, may I interrupt for one
13   second?
14           THE COURT:  Yes, you may.
15           MS. SHROFF:  Thank you, your Honor.
16           THE COURT:  No problem.  I begin by noting that we are
17   being assisted by a Tamil interpreter.  So let me ask the
18   defendant, is it Mr. Maideen or Mr. Noor Maideen?
19           THE DEFENDANT:  Maideen.
20           THE COURT:  Mr. Maideen, are you able to hear and
21   understand the interpreter?
22           THE DEFENDANT:  Yes, I can hear.
23           THE COURT:  Very well.  If at any point you are not
24   able to hear and understand the interpreter, please let me know
25   as soon as possible.

1  THE DEFENDANT: OK.

2  THE COURT: Mr. LaRoche, has the defendant been
3  arraigned?

4  MR. LaROCHE: Yes, he was, your Honor, on August 18 by
5  Judge Ellis.

6  THE COURT: Why don't you tell me a little bit about
7  the case. What is this case about, and what is the nature and
8  the size of the discovery?

9  MR. LaROCHE: Yes, your Honor. This is a money
10  laundering conspiracy case. It relates to several undercover
11  sting operations that were conducted by the DEA. Thank you.
12  I'll try to go a little bit slower.

13  THE COURT: Please.

14  MR. LaROCHE: So this involved an undercover DEA sting
15  operation involving money laundering conducted by the
16  defendant. The defendant is a Malaysian citizen. The sting
17  operations resulted in him being extradited from Romania. The
18  principal Rule 16 in this case includes videos, audio
19  recordings of phone conversations between the defendant and
20  others, Whatsapp messages exchanged between the defendants and
21  others and bank records.

22  THE COURT: And what is the volume of those documents?
23  MR. LaROCHE: It's not terribly large, your Honor.
24  Based only the initial discussions with counsel, I think what
25  we are asking for is the Court to adjourn to a conference

1   approximately 45 days from now.
2             THE COURT:  Has the discovery been produced?
3             MR. LaROCHE:  It has not yet been produced, your
4   Honor.
5             THE COURT:  When do you expect that it will be
6   produced?
7             MR. LaROCHE:  At this point, your Honor, we'd ask the
8   Court not schedule a specific date by which discovery will be
9   produced based on the discussions with counsel.
10            THE COURT:  Very well.
11            MR. LaROCHE:  So our only request at this time would
12  be to schedule another conference approximately 45 days from
13  now.
14            THE COURT:  Thank you.
15            Ms. Harris.
16            JULIA HARRIS:  We are additionally asking for the
17  45-day adjournment to give time for us to discuss this case
18  with the government, particularly to discuss some items of
19  evidence that they are willing to give us at this point of
20  discovery, and to come back at the next date to give you an
21  update.
22            THE COURT:  Very well.
23            Ms. Rivera, can we give them a date approximately six
24  or seven weeks out.
25            THE DEPUTY CLERK:  Yes, October 12, 2017 at 11:00 a.m.

1  MS. HARRIS:  May we pick a date the following week,
2  perhaps the 17th to the 20th?
3  THE DEPUTY CLERK:  October 20 at 11:00 a.m.
4  MS. HARRIS:  That works for the defense.
5  THE COURT:  Mr. LaRoche.
6  MR. LaROCHE:  That's fine, your Honor.  Thank you.
7  THE COURT:  Is there anything else that we need to do
8  today, Mr. LaRoche?
9  MR. LaROCHE:  Your Honor, the government would move to
10 exclude time under the Speedy Trial Act in the interest of
11 justice so that the parties can continue discussing potential
12 disposition in this case.
13 MS. HARRIS:  And we do not object.
14 THE COURT:  In that event, I will exclude the time
15 between now and October 20 under the Speedy Trial Act for the
16 reasons set forth on the record by Mr. LaRoche.
17 Ms. Shroff, you look like you're about to stand up.
18 MS. SHROFF:  Could I just have one second with the
19 interpreter's office?
20 THE COURT:  Certainly.
21 MS. SHROFF:  Thank you.  I just want to check with the
22 interpreter because she comes from Pennsylvania or somewhere,
23 so 11:00 is fine for her.
24 THE COURT:  Very well.  Unless there's anything else
25 we're adjourned.  Thank you folks.    (Adjourned)