# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel:(212)417-8700 Fax:(212)571-0392

David E. Patton
*Executive Director*

*Southern District Of New York*
Jennifer L. Brown
*Attorney in Charge*

October 24, 2017

Honorable Edgardo Ramos
United States District Judge
Southern District Of New York
40 Foley Square
New York, NY 10007

    Re:  *United States v. Jamal Bin Noor Maideen*
          17 Cr. 00015 (ER)

Dear Judge Ramos:

With the consent of government counsel, I write to request an adjournment of the October 27, 2017, status conference in this case. I request a new date of December 5, 2017, at 4:00 p.m. The adjournment will allow defense counsel to review discovery and the parties to confer.

To that end, the defense does not object to exclusion of time between October 27 and December 5, 2017, under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(7)(A). Excluding time will best serve the ends of justice and the interests of the public and the defendant as it will allow the parties to consider a possible disposition in the matter.

Respectfully submitted,

Jullian D. Harris
Assistant Federal Defender

cc:    Andrew D. Beaty
       Assistant United States Attorney